IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARK CAPITAL MANAGEMENT GROUP, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| NAVIGATOR MONEY MANAGEMENT, INC., | : | No. 2:11-cv-3415 |
| | : | |
| Defendant. | : | |

O R D E R

AND NOW, this 1st day of March, 2013, it is hereby ORDERED that on or before Tuesday, March 5, 2013 at 12:00 p.m., the parties shall jointly submit to this Court a copy of the parties' fully executed settlement agreement, containing all signatures necessary for the agreement to take legal effect. In the event that the parties do not submit a fully executed agreement by this time, the following individuals shall appear before this Court for a hearing on Wednesday, March 6, 2013 at 7:00 a.m. in Courtroom 6A, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106: (1) Melanie A. Miller, (2) Frank A. Mazzeo, (3) Mark Grimaldi, and (4) a representative of Plaintiff, Clark Capital Management Group, Inc.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.